IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 34 - UNA |
| TONY L. CLARK, | : |
| Defendant. | : |



## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 28, 2007, in the State and District of Delaware, TONY L. CLARK, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about September 10, 2002, in the Superior Court in and for New Castle County for the State of Delaware, did knowingly possess a firearm in and affecting interstate commerce to wit, a Smith & Wesson Model 36 .38 caliber revolver, serial number 609044, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of the firearm offense alleged in Count I of this Indictment, TONY L. CLARK, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms involved or used in the commission of said offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:



FILED
MAR 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: March 6, 2007