UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
                                )   CASE NO.  CR 07-34 (UNA)
     vs.                        )
                                )
     Tony Clark                 )
                                )
          Defendant.            )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on  _3/8/07_  requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _May 11, 2007_ The time between the date of this order and _May 11, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).


Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney