IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-34-SLR |
| | : | |
| TONY CLARK, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant Tony Clark, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a) for an Order enlarging the time within which pre-trial motions may be filed. In support of this motion the Defendant submits as follows:

1. Pre-trial motions in this case are due by May 11, 2007.

2. On April 27, 2007, pursuant to a DNA search warrant issued on April 25, 2007, blood was taken from the defendant for the purpose of DNA testing in relation to this case. As of the filing of this motion, the results of the DNA testing are still pending. The government expects to have these results within the next two weeks. Defense counsel requires time to review the results of the DNA testing once received, before it can be determined what, if any, pre-trial motions need to be filed in this case.

3. The defense respectfully requests an extension of time of 5 weeks in which to file any pre-trial motions, to allow defense counsel adequate time to review the results of the DNA testing once the results are received from the government, and to discuss the results and the case in

general with the defendant.

4.      AUSA Sophie Bryan, counsel for the government, has no objection to this motion for an extension of time in which to file pre-trial motions.

5.      The parties have agreed that any additional time given in which to file pre-trial motions will be excludable under the Speedy Trial Act.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended until anytime after June 18, 2007.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Tony Clark

Dated: May 10, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-34-SLR |
| TONY CLARK, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Clark's pretrial motions shall be due on the _____ day of _____, 2007.

_____
Honorable Sue L. Robinson
United States District Court