IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-34-SLR |
| ) | |
| TONY CLARK, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 10th day of May, 2007, having considered defendant's unopposed motion to extend time to file pretrial motions;

IT IS ORDERED that said motion (D.I. 12) is granted. Defendant's pretrial motion shall be due on **June 19, 2007.**

IT IS FURTHER ORDERED that the time between this order and June 19, 2007 shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge