IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-34-SLR |
| | ) | |
| TONY CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Sophie E. Bryan as attorney of record for the United States, and enter the appearance of Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Shawn E. Martyniak
Shawn E. Martyniak
Special Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-577-8801

Dated: June 5, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-34-SLR |
| ) | |
| TONY CLARK, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Sherry A. Kaminski, an employee with the United States Attorney's Office, hereby certify that on June 5, 2007, I electronically filed the foregoing:

**Notice of Substitution of Counsel and Entry of Appearance**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Eleni Kousoulis, Esq.
> Office of the Federal Public Defender
> District of Delaware
> 704 King Street, Suite 110
> Wilmington, DE 19801

_____
Sherry Kaminski