IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-034-1-SLR ) |
| TONY L. CLARK, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this _20th_ day of June, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, June 28, 2007** at **9:30 a.m.**, with the court initiating said call.

_____
United States District Judge