IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-034-1-SLR |
| ) | |
| TONY L. CLARK, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

At Wilmington this 28th day of June, 2007, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, October 15, 2007 at 9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Tuesday, October 2, 2007 at 4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine shall be filed on or before **Tuesday, September 18, 2007**. Proposed jury instructions, voir dire and responses to motions in limine shall be filed on or before **Tuesday, September 25, 2007**.

4. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge