IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v | : | Criminal Action No. 07-34-SLR |
| TONY CLARK, | : | |
| Defendant. | : | |

**<u>MOTION TO EXTEND TIME TO FILE MOTIONS IN LIMINE</u>**

The defendant, Tony Clark, through undersigned counsel Eleni Kousoulis, hereby moves this Honorable Court for an Order extending the time in which to file Motions in Limine in this case. In support of this motion, the defense submits as follows:

1. Trial in this matter is scheduled to begin on October 15, 2007. The Court set September 18, 2007, as the date by which Motions in Limine were to be filed.

2. As of the date of this Motion, there is additional discovery in this matter still outstanding, and the government has informed defense counsel that this discovery (which includes names of witnesses currently unknown to the defense that the government intends to call at trial, as well as statements from these witnesses), will not be able to be provided to the defense until September 17 or 18, 2007. Defense counsel feels that this yet to be received discovery may contain information that could be the subject of a Motion in Limine. Defense counsel prefers to have all of the discovery prior to filing any Motions in Limine in this case, and therefore, respectfully requests that the date in which to file Motions in Limine be extended.

3. Defense counsel will be out of the office attending a conference from September 16, 2007 through September 19, 2007, and will not be returning to the office until September 20, 2007.

4. Defense counsel respectfully requests that the date in which to file Motions in Limine be extended to Monday, September 24, 2007, and that the time in which to file any Responses to Motions in Limine be extended to Thursday, September 27, 2007.

5. AUSA Shawn Martyniak, the attorney handling this case for the government, has no objection to this motion.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests that the time in which to file Motions in Limine be extended to September 24, 2007, with any Responses to Motions in Limine due September 27, 2007.

Respectfully submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
Counsel for Defendant Tony Clark

Dated:  September 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-34-SLR |
| TONY CLARK, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion to Extend Time to File Motions in Limine, and good cause having been shown therefore;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Motions in Limine in this case shall be due on the _____ day of _____, 2007.

**IT IS FURTHER ORDERED** that any Responses to Motions in Limine shall be due on the _____ day of _____, 2007.

 

_____
Honorable Sue L. Robinson
United States District Court