IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-34-SLR |
| TONY CLARK, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Extend Time to File Motions in Limine, and good cause having been shown therefore;

**IT IS HEREBY ORDERED** this ___14th___ day of ___September___, 2007, that Motions in Limine in this case shall be due on the ___24th___ day of ___September___, 2007.

**IT IS FURTHER ORDERED** that any Responses to Motions in Limine shall be due on the ___27th___ day of ___September___, 2007.

_____
Honorable Sue L. Robinson
United States District Court