IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-034-1-SLR |
| ) | |
| TONY L. CLARK, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this ___ day of September, 2007;

IT IS ORDERED that the pretrial conference scheduled for **Tuesday, October 2, 2007** is **cancelled** and **rescheduled** to commence on **Friday, October 5, 2007** at **10:00 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge