IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-034-1-SLR |
| | ) |
| TONY L. CLARK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 28th day of September, 2007, having conferred with counsel;

IT IS ORDERED that:

1. The jury trial scheduled to commence on **Monday, October 15, 2007** is **cancelled** and **rescheduled** to commence on **Wednesday, October 24, 2007** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The pretrial conference scheduled for **Friday, October 5, 2007** is **cancelled** and **rescheduled** to commence on **Wednesday, October 17, 2007** at **3:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge